UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FIRST MUTUAL GROUP, LP,**

      **Plaintiff,**

v.                                     Case No:  6:14-cv-1758-Orl-41KRS

**CHUCK A. MELTON,**

      **Defendant.**

                                             /

**ORDER**

THIS CAUSE is before the Court on the Report and Recommendation (Doc. 13) submitted on January 23, 2015. Therein, United States Magistrate Judge Karla R. Spaulding recommends that the Complaint (Doc. 1) be dismissed without prejudice for lack of subject matter jurisdiction and that Plaintiff be afforded leave to file an Amended Complaint within a specified time period. (Report & Recommendation at 6). Particularly, Judge Spaulding's recommendation takes issue with Plaintiff's inability to properly allege its own citizenship.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees with the findings of fact and conclusions of law in the Report and Recommendation.

Also pending before the Court is Plaintiff's Motion to Continue (Doc. 15) filed on February 26, 2015. That motion fails to disclose exactly which deadlines Plaintiff's Counsel seeks to extend; coincidentally, the motion was filed the day after the time period for serving Defendant expired. *See* Fed. R. Civ. P. 4(m). Thus, the Motion to Continue will be denied; however, in setting a due date for the Amended Complaint, the Court will take Counsel's medical condition into consideration.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 13) filed on January 23, 2015, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. Plaintiff's Motion to Continue (Doc. 15) filed on February 26, 2015, is **DENIED**.

4. On or before **April 6, 2015**, Plaintiff may file an Amended Complaint. Failure to do so within the allotted time may result in the closure of this case.

5. If Plaintiff timely files an Amended Complaint in accordance with paragraph four, on or before **May 4, 2015**, Plaintiff shall properly serve Defendant with the Amended Complaint and pursuant to Federal Rule of Civil Procedure 4.

**DONE** and **ORDERED** in Orlando, Florida on March 2, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record